**John Wayne LUNSFORD,**
**Petitioner–Appellant,**

v.

**John J. LAMANNA, Warden of FCI–**
**Edgefield; United States Parole Com-**
**mission, Respondents–Appellees.**

No. 07–6480.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 26, 2007.

Decided: Oct. 4, 2007.

John Wayne Lunsford, Appellant Pro
Se. Barbara Murcier Bowens, Office of the
United States Attorney, Columbia, South
Carolina, for Appellees.

Before MOTZ and GREGORY, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

John Wayne Lunsford seeks to chal-
lenge on appeal the authority of a United
States magistrate judge to conduct a mo-
tion hearing. The underlying case in
which the hearing was scheduled remains
pending in the district court.

This court may exercise jurisdiction only
over final orders, 28 U.S.C. § 1291 (2000),
and certain interlocutory and collateral or-
ders, 28 U.S.C. § 1292 (2000); Fed.
R.Civ.P. 54(b); *Cohen v. Beneficial Indus.*
*Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93
L.Ed. 1528 (1949). The proceeding Luns-
ford seeks to challenge reflects neither a
final order nor an appealable interlocutory
or collateral order. Accordingly, we deny
Lunsford's motion for appointment of
counsel and dismiss the appeal for lack of
jurisdiction. We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before the court and argument
would not aid the decisional process.

*DISMISSED.*